IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Savanna Leevan, | ) | C/A: No. 5:17-02791-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT ORDER TO REMAND** |
| | ) | **TO STATE COURT** |
| v. | ) | |
| | ) | |
| Elvin Chick, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court upon Plaintiff's Motion to Remand based on its Stipulation that Plaintiff has had an opportunity to fully evaluate its case and damages, known and unknown, and that Plaintiff's damages will not exceed $75,000.00.

Therefore, upon Motion of Plaintiff's counsel and with the consent of Defense counsel, this case is remanded to the state circuit court of Calhoun County, State of South Carolina.

**IT IS SO ORDERED.**

                s/J. Michelle Childs
                The Honorable J. Michelle Childs
                United States District Court Judge

November 29, 2017
Columbia, South Carolina

We Consent:

| s/Neal M. Lourie | s/Jonathan M. Robinson |
|---|---|
| Neal M. Lourie | Jonathan M. Robinson |
| Email: lgibson@lourielawfirm.com | Email: jon@duboselaw.com |
| Federal ID: 7452 | Federal ID: 7755 |
| 1450 Harden Street Extension (29201) | 935 Broad Street (29020) |
| P.O. Box 12089 | P.O. Drawer 39 |
| Columbia, South Carolina 29211 | Camden, South Carolina 29021 |
| Telephone: (803) 799-9804 | Telephone: (803) 432-191 |
| Facsimile: (803) 799-9571 | Facsimile: (803) 432-0784 |